

# THOMPSON & SKRABANEK, PLLC

### N E W   Y O R K

Application **GRANTED**. The conference scheduled for December 9, 2025 is **ADJOURNED** to **January 13, 2026 at 3:15 P.M.** The conference will be conducted in person at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York at Room 1106.

December 2, 2025

*Via ECF and email*
The Honorable Lorna G. Schofield
40 Foley Square, Room 1106
New York, New York 10007
Schofield_NYSDChambers@nysd.uscourts.gov

Dated: December 2, 2025
    New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:    *Nalabotu v. Omnia, et al.*; Case No. 1:25-cv-08660-LGS

Dear Judge Schofield:

We represent the Plaintiff herein. We write to request an adjournment of the December 9, 2025 initial conference (*see* ECF #3) because service of process has not yet been effectuated upon all Defendants.

It is our understanding from our process servers that five of the seven Defendants have been successfully served. However, we have not yet received the returns of service. As soon as we do, we will promptly file the returns.

It is our understanding that the two Defendants who are presently unserved at this time are Daniel J. Doxey and William Overstreet. Attempts to locate and serve them continue.

With Your Honor's approval, for ideal efficiency, we would prefer to ensure that all Defendants have been properly served prior to attending the initial conference. This is the first request for any adjournment in this matter.

Thank you for your time and consideration of the foregoing.

Sincerely,

J.R. Skrabanek

cc:    All counsel of record (*via ECF*)

515 MADISON AVENUE, 31ST FLOOR
NEW YORK, NY 10022
TEL: (646) 568-4280
EMAIL: JRS@TS-FIRM.COM