UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                    :
SIVA NALABOTU,                                      :
                                     Plaintiff,     :
                                                    :          25 Civ. 8660 (LGS)
                        -against-                    :
                                                    :
OMNIA INVESTMENT ADVISORS, LLC                      :          **ORDER**
et al.,                                             :
                                     Defendants.    :
                                                    :
---------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held in this action on February 17, 2026.  As discussed at the conference, it is hereby

ORDERED that, by **March 10, 2026**, Plaintiff shall file an amended Complaint.  By **April 1, 2026**, Defendants shall answer the amended Complaint.  It is further

ORDERED that, by **March 17, 2026**, Plaintiff shall file a motion for default judgment and supporting paperwork required by Local Civil Rule 55.2 as to Defendant Overstreet.

Dated: February 18, 2026
       New York, New York

_____
        **LORNA G. SCHOFIELD**
     **UNITED STATES DISTRICT JUDGE**