UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SIVA NALABOTU,                                              :
                                      Plaintiff,            :
                                                            :        25 Civ. 8660 (LGS)
                         -against-                          :
                                                            :
OMNIA INVESTMENT ADVISORS, LLC                              :        **ORDER**
et al.,                                                     :
                                      Defendants.           :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Civil Case Management Plan and Scheduling Order entered February 18, 2026, directed the parties to file letters regarding the status of discovery every thirty days from the date of that Order.

WHEREAS, the parties most recently filed a status letter on March 20, 2026.  It is hereby

**ORDERED** that, as soon as possible and no later than **May 5, 2026**, the parties shall file a joint letter regarding the status of discovery.

Dated: April 30, 2026
       New York, New York

_____
          LORNA G. SCHOFIELD
       UNITED STATES DISTRICT JUDGE