**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

SIVA NALABOTU,

                           **Plaintiff,**

          -against-

**OMNIA INVESTMENT ADVISORS LLC, et al.,**

                        **Defendants.**

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 5/1/2026

25-CV-08660 (LGS)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On April 29, 2026, the Honorable Lorna G. Schofield referred this case to my docket to conduct an inquest concerning Plaintiff's damages. ECF No. 70. In light of the ongoing litigation against Defendants Omnia Investment Advisors LLC and Daniel J. Doxey, the Court defers briefing on the damages inquest following the entry of default against Defendant William C. Overstreet. Such deferral conserves judicial resources and avoids potentially inconsistent rulings. Plaintiff is ordered to request a briefing schedule on the damages inquest within seven days of a settlement or final decision on the merits against the remaining Defendants, or he may show cause why the Court should proceed more expeditiously.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      May 1, 2026
               New York, New York