UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                        :

SIVA NALABOTU,                      :

                  Plaintiff,   :

                                      :        25 Civ. 8660 (LGS)

           -against-          :

                                      :        **ORDER**

OMNIA INVESTMENT ADVISORS    :
LLC et al.,                  :

                 Defendant.  :

                                      :

------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Amended Civil Case Management Plan and Scheduling Order filed in this action states that the parties consent "to conducting all further proceedings before a United States Magistrate Judge, including motions and trial."  The proposed order filed in connection with the parties' joint status letter dated February 9, 2026, noted this consent.  It is hereby

**ORDERED** that, by **June 23, 2026**, if the parties consent to conducting all further proceedings before Magistrate Judge Netburn, who is designated to handle matters that may be referred in this action, the parties shall complete the attached form consenting to conduct all further proceedings before a United States Magistrate Judge.  If the parties do not consent, they shall file a letter withdrawing consent by that date.

Dated: June 16, 2026
      New York, New York

                                    **LORNA G. SCHOFIELD**
                               **UNITED STATES DISTRICT JUDGE**

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| _____ <br> *Plaintiff* <br> v. <br> _____ <br> *Defendant* | ) <br> ) <br> )    Civil Action No. _____ <br> ) <br> ) |

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

           _____
                       *District Judge's signature*

           _____
                       *Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.